■ In the Matter of Aaron B., a Person Alleged to be a Juvenile Delinquent, Appellant. [8 NYS3d 106]—

Order of disposition, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about March 5, 2014, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts that, if committed by an adult, would constitute the crimes of criminal possession of a weapon in the fourth degree, menacing in the second degree, and unlawful possession of an air pistol, and also committed the act of unlawful possession of a weapon by a person under 16, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The evidence, viewed as a whole, satisfied the display element of second-degree menacing (*see People v Howard*, 92 AD3d 176, 179-180 [1st Dept 2012], *affd* 22 NY3d 388 [2013]), and also established a sufficient chain of custody to support the weapon possession charges (*see People v Julian*, 41 NY2d 340 [1977]). Concur—Acosta, J.P., Saxe, Richter, Gische and Kapnick, JJ.